# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 23 AM 10:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

AL PARRA

vs

BMW OF NORTH AMERICA, LLC.

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1323 BTM WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

Tel: (714) 516-2700

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | JUL 2 3 2008 |
| CLERK | DATE |

By SEAL LLOYD, Deputy Clerk



COPY

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)