Michael E. Lindsey
Attorney at Law
State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
(858) 270-7000

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PARRA,<br>Plaintiff,<br>v.<br>BMW of North America, LLC,<br>Defendants. | Case No. 08-cv-1323 BTM WMc<br>NOTICE OF APPEARANCE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT attorney Michael E. Lindsey hereby appears on behalf of the Plaintiff in the above-entitled action. This notice is filed in order to link attorney Lindsey's CM/ECF account to receive notice of filings in the action.

July 25, 2008

/s/Michael E. Lindsey
Michael E. Lindsey
Attorney for Plaintiff